**MANDATE**

NHCT
01-cv-148
Squatrito

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 11th day of March, two thousand four.

Before:   Hon. Ellsworth Van Graafeiland,
          Hon. Roger J. Miner,
          Hon. Rosemary S. Pooler,
                *Circuit Judges*

Docket No. 02-9326

*[Court seal: FILED MAR 11 2004, U.S. Court of Appeals, Second Circuit]*

ILONA HORVATH,

                Plaintiff-Appellant,

v.

WESTPORT LIBRARY ASSOCIATION, MAXINE BLEIWEIS, in her official capacity as Library Director, and BONNIE J. MOON, in her official capacity as Business Manager,

                Defendants-Appellees.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is REVERSED and REMANDED in accordance with the opinion of this Court.

                                          FOR THE COURT:
                                          ROSEANN B. MACKECHNIE, Clerk
                                          by

                                          _____
                                          Arthur M. Heller
                                          Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
       DEPUTY CLERK

ISSUED AS MANDATE: 7/13/04