UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ILONA HORVATH,** : | CIVIL ACTION NO. |
| : | 3:01CV148 (DJS) |
| **Plaintiff,** : | |
| : | |
| **J.** : | |
| : | |
| **WESTPORT LIBRARY ASSOCIATION,** : | |
| **MAXINE BLEIWEIS, in her official** : | |
| **capacity as Library Director, and BONNIE** : | |
| **J. MOON, in her official capacity as** : | |
| **Business Manager,** : | |
| : | |
| **Defendants.** : | AUGUST 16, 2004 |

## JOINT REQUEST FOR SETTLMENT CONFERENCE

The parties to the above-captioned matter, by and through their undersigned counsel, hereby request the scheduling of a Settlement Conference before the Honorable William I. Garfinkel, United States Magistrate Judge. The parties desire a Settlement Conference to explore the possibility of resolving the matter before a trial date is scheduled. A conference with Judge Garfinkel would be the most convenient for the parties and their counsel. Both counsel have offices in Bridgeport and all parties reside in Fairfield County. Accordingly, the parties hereby jointly request the scheduling of a settlement conference before Judge Garfinkel at the Court's convenience.

Done at Bridgeport, Connecticut, this 16th day of August, 2004.

| | |
|---|---|
| Thomas W. Bucci | Loraine M. Cortese-Costa |
| Willinger, Willinger & Bucci, P.C. | Durant, Nichols, Houston, |
| 855 Main Street | Hodgson & Cortese-Costa, P.C. |
| Bridgeport, CT 06604 | 1057 Broad Street |
| | Bridgeport, CT 06604 |
| (203) 366-3939 | (203) 366-3438 |
| Federal Bar No. ct07805 | Federal Bar No. ct03984 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATION**

This is to certify that I have caused to be served the foregoing via U.S. Mail, certified mail, return receipt requested, this 16th day of August, 2004 to all counsel and <u>pro</u> <u>se</u> parties as follows:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

*Loraine M. Cortese-Costa*
Loraine M. Cortese-Costa

P:\lit\pd\917400\018\00041551.DOC