**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**ILONA HORVATH**                          :
    **Plaintiff**

    **v.**                                      :    **CIVIL NO.: 3:01cv148(DJS)**

**WESTPORT LIBRARY ASSOCIATION,**
**ET AL**                                          :
    **Defendants**


**ORDER OF REFERENCE TO**
**A UNITED STATES MAGISTRATE JUDGE**

    In the interest of justice, the above identified case is hereby referred to William I.

Garfinkel, United States Magistrate Judge for the purpose of a settlement conference only.

    Apart from the referral for this limited purpose, all other aspects of this case,

including scheduling and suspension of discovery, shall be the direct responsibility of the

undersigned.  This settlement conference shall not interfere with the filing of the joint trial

memorandum.

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this __2nd___ day of September, 2004.


                    _/s/DJS_____
                    Dominic J. Squatrito
                    United States District Judge