UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ILONA HORVATH**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv148(DJS) |
| **WESTPORT LIBRARY ASSOCIATION,**<br>**ET AL**<br>    **Defendants** | : |

### ORDER

The parties in the above-captioned matter have reported to the Court that this case has been settled. The Clerk is Ordered to close the file in accordance with Rule 41(b) of the Local Rules of Civil Procedure for the District of Connecticut if no closing papers are filed within thirty (30) days of this Order. See D. Conn. L. Civ. R. 16(b) ("Said dismissal shall be without costs and without prejudice to the right of any parties thereto to move within thirty (30) days thereafter to reopen if settlement has not, in fact, been consummated.").

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __15th__ day of February, 2005.

                    /s/DJS
                    Dominic J. Squatrito
                    United States District Judge