UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ILONA HORVATH** | : |
|     **Plaintiff** | |
| | |
| v. | : CIVIL NO.: 3:01cv148(DJS) |
| | |
| **WESTPORT LIBRARY ASSOCIATION, ET AL** | : |
|     **Defendants** | |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  22nd  day of March, 2005.


                              /s/DJS
                              Dominic J. Squatrito
                              United States District Judge